1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jorge Alejandro Correa-Rodriguez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,      )  Case No. 07MJ2794
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              )  **CERTIFICATE OF SERVICE**
                                    )
14 | JORGE ALEJANDRO CORREA-RODRIGUEZ, )
                                    )
15 |         Defendant.              )
   |_____ )

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                      U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov

20                              Respectfully submitted,

22 DATED:    December 5, 2007           /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Jorge Alejandro Correa-Rodriguez